# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Sharon Anne Johnson

Case No. Civil 00-704RHK/JMM

v.

**JUDGMENT IN A CIVIL CASE**

R.J. Reynolds Tobacco Co.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the objections are **OVERRULED**; the Report and Recommendation is **ADOPTED**; plaintiff's application to proceed without prepayment of fees is **DENIED**; and the action is **DISMISSED, WITHOUT PREJUDICE**, pursuant to 28 USC 1915(e)(2)(B)(ii).

DATE: April 6, 2000

FRANCIS E. DOSAL, CLERK

______________________________
Denise La Fond, Deputy Clerk